IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TERESA POLITE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:10cv00239  SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 17th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE