IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TERESA POLITE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:10cv00239  SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, | * | |
| | * | |
| Defendant. | * | |

ORDER

Plaintiff Teresa Polite, proceeding *pro se*, brought this employment dispute pursuant to

Title VII of the Civil Rights Act of 1964 against the Arkansas Department of Correction

(ADC).  By Order entered August 17, 2010 [doc.#4], the Court *sua sponte* dismissed this action

with prejudice as a refiling of a previous action that was dismissed with prejudice, *Polite v.*

*Arkansas Department of Correction*, No. 5:10cv00083 (E.D.Ark.).  Judgment was entered that

same day [doc.#5].

Now before the Court is plaintiff's "Motion to File" [doc.#7].  In her motion, which

consists of one sentence, plaintiff "request[s] to file a Notice of Appeal Out of Time to the 8th

Circuit US Court of Appeals on Order given and signed [by this Court] August 17, 2010."

Plaintiff's motion is denied as her motion to extend the time to file a notice of appeal was

required to be filed within 30 days after expiration of the period for filing a timely notice of

appeal.  *See* Fed.R.App.P. 4(a)(5)(A)(i).  Here, plaintiff's motion was filed on September 30,

2010, more than 30 days after expiration of the period for filing a timely notice of appeal.

Fed.R.App.P. 4(a)(1).  Morever, even had her motion been timely, plaintiff has not in any way

established excusable neglect or good cause for her failure to file a timely notice of appeal.  *See*

Case 5:10-cv-00239-SWW   Document 8   Filed 10/05/10   Page 2 of 2

Fed.R.App.P. 4(a)(A)(5)(ii).  *See also Gibbons v. United States*, 317 F.3d at 852, 854 (8th Cir.

2003) (factors the Court may consider in determining whether a party's neglect of a deadline is

excusable include the danger of prejudice to the nonmovant, the length of the delay and its

potential impact on judicial proceedings, the reason for the delay, including whether it was

within the reasonable control of the movant, and whether the movant acted in good faith).

    IT IS THEREFORE ORDERED that plaintiff's motion [doc.#7] for an extension of time

to file a notice of appeal be and it hereby is denied.

                    Dated this 5th day of October 2010.

                        /s/Susan Webber Wright

                        UNITED STATES DISTRICT JUDGE

Fed.R.App.P. 4(a)(A)(5)(ii).  *See also Gibbons v. United States*, 317 F.3d at 852, 854 (8th Cir.

2003) (factors the Court may consider in determining whether a party's neglect of a deadline is

excusable include the danger of prejudice to the nonmovant, the length of the delay and its

potential impact on judicial proceedings, the reason for the delay, including whether it was

within the reasonable control of the movant, and whether the movant acted in good faith).

    IT IS THEREFORE ORDERED that plaintiff's motion [doc.#7] for an extension of time

to file a notice of appeal be and it hereby is denied.

Dated this 5th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE